LEWIS H. SAPER, as Trustee in Bankruptcy of the Estate of TANGREDI CONTRACTING CORP., Appellant, *v.* DEPOT CONSTRUCTION CORP., Respondent.

Argued May 18, 1954; decided July 14, 1954.

*I. Arnold Ross* for appellant.

*Eugene J. Morris* and *Robert I. Weissmann* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.